Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on behalf of itself and each of the related insurers that provided coverage to respondents,<br><br>Petitioner,<br><br>- and -<br><br>HOBBS STAFFING SERVICES, INC. and US STAFF-HOLDING CORPORATION,<br><br>Respondents. | Case No.: 07 CIV 3513 (LAP)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

The undersigned attorneys of record for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") certify, upon information and belief, that American International Group, Inc. is a publicly traded company and the parent corporation of National Union.

Dated:   New York, New York
         May 1, 2007

                                          ZEICHNER ELLMAN & KRAUSE LLP

                                          By: _____
                                               Michael S. Davis (MD-6317)
                                               Anthony I. Giacobbe, Jr. (AG-0711)
                                               Attorneys for Petitioner, National Union
                                               Fire Insurance Company of Pittsburgh, Pa.
                                               575 Lexington Avenue
                                               New York, New York 10022
                                               (212) 223-0400

501915.01/10420-021/AIG