May 03 07 03:25p    Pell&Pell LLP           3363799476           p.2

PELL & PELL L.L.P.
ATTORNEYS AT LAW
220 COMMERCE PLACE
GREENSBORO, N.C. 27401-2427

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07

GERALD S. PELL
JAMES E. PELL
RALPH W. COPPLE

May 3, 2007

Via Fax 212-805-7941

Honorable Loretta A. Preska
Judge, United States District Court
for the Southern District of New York
500 Pearl Street, Room 1320
New York, New York 1007

    Re: National Union v. Hobbs Staffing, Case No. 07CV3513,
       United States District Court for the Southern District of New York

Dear Judge Preska:

    I am writing to document my understanding of my agreement with Mr. Michael Davis, representing AIG, petitioner in the above entitled case, regarding a hearing date for AIG's petition to compel arbitration.

    After consulting with your office and subject to change to a later date or time if a scheduled trial does not go forward, Mr. Davis and Mr. Giacobbe and I have agreed to the setting of a hearing date at 8:30 am on June 5, 2007, with any responsive filing to be served 5 business days in advance.

    In consideration of Mr. Davis' agreement to this hearing date, Hobbs has agreed to consent to an additional 30 days for AIG to respond to the lawsuit brought by Hobbs in the Superior Court of Guilford County in the State of North Carolina and to AIG's removal of said state court case to United States District Court for the Middle District of North Carolina, Greensboro Division, and to any additional extensions of time requested by AIG to respond until AIG's petition to compel arbitration, which is currently pending before Your Honor, is disposed of.

*So ordered*
*Loretta A. Preska, USDJ*
*May 3, 2007*

Honorable Loretta A. Preska
May 3, 2007
Page 2

If Your Honor has any questions about this agreement, please call me at 336-379-9416.

Yours Truly,

Pell & Pell, LLP

Ralph W. Gorrell

cc: Michael Davis, via fax 212-753-0396

P.S. On behalf of AIG, Mr. Giacobbe of Zeichner Ellman has reviewed and agreed to this letter.

Ralph Gorrell