# GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

DIRECT DIAL NO. (212) 907-7348
DIRECT FAX NO (212) 754-0330
EMAIL ADDRESS MDEVORKIN@GOLENBOCK.COM

437 MADISON AVENUE
NEW YORK, NY 10022-7302

(212) 907-7300
FAX (212) 754-0330

June 1, 2007

**VIA FAX and REGULAR MAIL**
Honorable Loretta A. Preska
U.S. District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07

Re: <u>National Union v. Hobbs Staffing, Case No. 07CV3513 (LAP)</u>

Dear Judge Preska:

We as counsel to Respondents Hobbs Staffing Services, Inc. and US Staff-Holding Corporation (together, "Hobbs"), I write this letter on behalf of Hobbs to confirm the telephone call I and counsel for National Union had with the Court's law clerk on May 31, 2007.

At our request, and with the consent of counsel for National Union, the hearing previously scheduled for June 5, 2007, at 8:30 a.m. on National Union's motion (the "Motion") to compel arbitration of the disputes asserted in the Demand for Arbitration dated March 15, 2007 (the "Demand") is adjourned until July 2, 2007 at 10:00 a.m. The parties have further agreed that:

1. Hobbs will serve and file any opposition to the Motion so as to be actually received by counsel for National Union on or before 4 p.m. on June 22, 2007.

2. National Union will serve and file any reply to the Motion so as to be actually received by counsel for Hobbs on or before 4 p.m. June 29, 2007.

3. Hobbs will forthwith withdraw, without prejudice, the pending action in the United States District Court for the Middle District of North Carolina, Civil Action No. 07-CUS-4976.

4. Neither Hobbs nor National Union will initiate any action or proceeding of any type in any court in any way concerning (i) the claims asserted in the Demand or (ii) any other matter concerning arbitrability of any claims or defenses to claims asserted in the Demand, until after this Court issues its Decision on the Motion.

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 1, 2007

388266.1

Thank you for your consideration.

Respectfully,

Michael S. Devorkin

cc: Anthony I. Giacobbe, Esq. (VIA FAX)
MSD:jms

235266 1