PROSKA/T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Petitioner

Michael S. Devorkin
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300

Attorneys for Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, on behalf of itself and each of the related insurers that provided coverage to respondents,<br><br>Petitioner,<br><br>- and -<br><br>HOBBS STAFFING SERVICES, INC. and US STAFF-HOLDING CORPORATION,<br><br>Respondents. | Case No.: 07CV3513 (LAP)<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE** |

WHEREAS, the parties have agreed to arbitrate all issues in the March 15, 2007 demand for arbitration served by National Union;

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the above action is discontinued in accordance with the letter agreement dated June 21, 2007, with prejudice, and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

Dated:   New York, New York
         June 25, 2007

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: _____
Michael S. Devorkin
Attorneys for Respondents
437 Madison Avenue
New York, New York 10022
(212) 907-7300

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Michael S. Davis
Anthony I. Giacobbe, Jr.
Attorneys for Petitioner
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED

_____
U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

June 26, 2007

506164.01/10420-021/AJG